IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **SOCIAL SECURITY ADMINISTRATION,** | ) |
| 6401 Security Blvd. | ) |
| Baltimore, MD 21235 | ) |
| | ) |
|     **Defendant.** | ) |

## COMPLAINT

1.    Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendant SOCIAL SECURITY ADMINISTRATION to discharge its obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing final reports from Office of Inspector General investigations.

## PARTIES

2.    Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.    Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.    Defendant SOCIAL SECURITY ADMINISTRATION ("SSA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

5.    This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.    Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**SEPTEMBER 3, 2025 FOIA REQUEST TO SSA**

7.    On September 3, 2025, Plaintiffs submitted a FOIA request to SSA seeking the following records from the Office of the Inspector General:

> 1. All final reports of investigation closed between September 1, 2024 and December 31, 2024, which should include the closing memorandum, action taken, and the referral memo.
>
> 2. All final reports of investigation closed in calendar year 2025 thus far, which should include the closing memorandum, action taken, and the referral memo.

8.    A true and correct copy of the FOIA request is attached as Exhibit 1.

9.    On September 29, 2025, SSA acknowledged receipt of the FOIA request, assigned reference number 2025-FOIA-02632 to the matter, and denied Plaintiffs' request for a fee waiver.

10.   A true and correct copy of the correspondence is attached as Exhibit 2.

11.   On November 14, 2025, Plaintiffs administratively appealed the fee waiver denial.

12.   A true and correct copy of the correspondence is attached as Exhibit 3.

13.   Plaintiffs are entitled to a fee waiver for the reasons specified in the FOIA request.

14.   SSA did not send any further correspondence to Plaintiffs regarding this request.

15. As of the date of this filing, which is past the statutory deadline, SSA has not issued a determination on Plaintiffs' administrative appeal.

16. As of the date of this filing, SSA has failed to make any responsive records promptly available to Plaintiffs.

### COUNT I – SSA'S FOIA VIOLATION

17. Paragraphs 1-16 are incorporated by reference.

18. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant SSA is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant SSA has failed to conduct a reasonable search for records responsive to the request.

22. Defendant SSA has failed to issue a determination within the statutory deadline.

23. Defendant SSA has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

   i. declare that Defendant has violated FOIA;

   ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

   iii. enjoin Defendant from withholding non-exempt public records under FOIA;

   iv. award Plaintiffs attorneys' fees and costs; and

   v. award such other relief the Court considers appropriate.

Dated: February 6, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com